## GIORDANO v. ASBURY PARK BANK.

### Decided May 20, 1925.

**Tort—Slander, Conspiracy—Case Regularly Listed, but Upon Failure of Plaintiff to Appear, Nonsuit was Granted—Rule to Show Cause Allowed by Circuit Court Judge, Who Heard the Same and Ordered the Rule Discharged—Being Supreme Court Issue, Judge was Without Jurisdiction, and the Matter Has Not Lawfully Been Heard—Plaintiff May Take a Rule Returnable at October Term.**

On motion to open judgment of nonsuit by default.

For the rule, *Attorney, pro. per.*

*Contra, Durand, Ivins & Carton.*

PER CURIAM.

Plaintiff sued for damages for an alleged conspiracy, also for slander, also for loss of credit standing because of acts of defendant.

The cause being at issue and regularly on the Circuit list for trial, plaintiff failed to appear when the case was called, and defendant asked and obtained a nonsuit.

The Circuit Court judge later allowed a rule to show cause why the judgment should not be opened and plaintiff allowed to present his case, and made the rule returnable before himself at the court house in Freehold, heard the same, and ordered the rule discharged.

Plaintiff now applies to this court for a similar rule.

This being a Supreme Court issue, a Circuit Court judge is without jurisdiction to hear and determine such a rule, and his action in discharging it was therefore nugatory. The matter has never been lawfully heard.

Plaintiff may take a rule to show cause returnable before this court at the next October term, with leave to both parties to take depositions for and against the rule.